**BREEDING HENRY** BAYSAN

BREEDING HENRY BAYSAN PC

7 WORLD TRADE CENTER
250 GREENWICH ST 46TH FLOOR
NEW YORK, NY 10006
TEL. +1 212.813.2292
breedinghenrybaysan.com

BRADLEY L. HENRY
DIRECT. +1 646-820-0224
FAX. +1 212.779.4457
bhenry@bhblegal.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/7/2020

January 6, 2020

<u>VIA ECF</u>

**MEMORANDUM ENDORSED**

The Hon. Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*RE: U.S. v Otoniel Rosario Burgos; 1:19-cr-306-(GHW)*

Dear Judge Woods,

I write to request that Mr. Rosario-Burgos's release conditions of home incarceration with location monitoring be modified from home incarceration to a curfew beginning at 7:00 a.m. until 8:00 p.m. with continued location monitoring. This request is supported by his current pretrial release performance, i.e. he is gainfully employed and reports without issues. This modification will also allow for regular exercise, which is necessary to control his health issues.

I have spoken with the AUSA and Pretrial and there is no objection.

Thank you for your consideration. If you need any further information, please do not hesitate to contact me.

Sincerely,

*s/Bradley L. Henry*

Bradley L. Henry

Application granted. The conditions of the defendant's pre-trial release are modified as follows: The home incarceration with location monitoring condition is modified to a curfew, to be established by Pretrial Services, enforced by electronic location monitoring, which monitoring shall include location monitoring by GPS. All other conditions of the defendant's pretrial-release remain unaltered and in full effect. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 50.

SO ORDERED.

Dated: January 7, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge