# MEMORANDUM ENDORSED

## BREEDING HENRY BAYSAN

BREEDING HENRY BAYSAN PC

7 WORLD TRADE CENTER
250 GREENWICH ST 46ᵀᴴ FLOOR
NEW YORK, NY 10006
TEL.    +1 212.813.2292
breedinghenrybaysan.com

BRADLEY L. HENRY
DIRECT. +1 646-820-0224
FAX.   +1 212.779.4457
bhenry@bhblegal.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/13/20
```

April 13, 2020

VIA ECF

The Hon. Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:    U.S. v Otoniel Rosario Burgos; 1:19-cr-306-(GHW)
       Request to Modify Pre-Trial Release Conditions

Dear Judge Woods,

I write to respectfully request a modification to Mr. Rosario-Burgos' pre-trial release conditions. Currently, Mr. Rosario-Burgos is on home detention with leg monitor and is scheduled for a sentencing hearing on May 7, 2020. We request that home detention with leg monitor be removed from release conditions and Mr. Rosario-Burgos be placed on regular pre-trial supervision.

I have communicated with AUSA Cecilia Vogel who states that after conferring with Leo Barrios at pretrial and confirming there are no objections that she gives her consent.

Thank you for your consideration. If you need any further information, please do not hesitate to contact me.

Sincerely,

[signature]

Bradley L. Henry

---

Application denied without prejudice. There is no information in this application regarding why the defendant's conditions of pre-trial release should be modified. That the Government and Pre-Trial services consent to the proposal is not a sufficient basis on its own for the Court to determine that a modification is warranted. Any renewed application should present sufficient information for the Court to undertake a meaningful evaluation of the application, and, in particular, given the nature of the relief requested here, should present sufficient facts regarding any changed circumstances that justify the substantial change from home detention to regular pre-trial supervision with no constraints on the defendant's movements at any time, and no location monitoring. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 74.
SO ORDERED
April 13, 2020          _____
                         GREGORY H. WOODS
                         United States District Judge