**MEMORANDUM ENDORSED**

# BREEDING HENRY BAYSAN

BREEDING HENRY BAYSAN PC

7 WORLD TRADE CENTER
250 GREENWICH ST 46TH FLOOR
NEW YORK, NY 10006
TEL.   +1 212.813.2292
breedinghenrybaysan.com

BRADLEY L. HENRY
DIRECT. +1 646-820-0224
FAX.   +1 212.779.4457
bhenry@bhblegal.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/21/2020
```

April 21, 2020

VIA ECF

The Hon. Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:   *U.S. v Otoniel Rosario Burgos; 1:19-cr-306-(GHW)*
       *Request to Adjourn 45 days*

Dear Judge Woods,

I write to respectfully request a forty-five (45) day adjournment to Mr. Rosario-Burgos' sentencing hearing currently scheduled for May 7, 2020. This request is based on the COVID-19 crisis. This is my second request for adjournment.

AUSA Cecilia Vogel consents to this request.

Thank you for your consideration. If you need any further information, please do not hesitate to contact me.

Sincerely,

[signature]

Bradley L. Henry

Application granted. The sentencing scheduled for May 7, 2020 is adjourned to June 26, 2020 at 3:00 p.m. Defendant's sentencing submission is due no later than June 12, 2020; the Government's sentencing submission is due no later than June 19, 2020.

SO ORDERED
April 21, 2020

_____
GREGORY H. WOODS
United States District Judge