# BREEDING HENRY BAYSAN

BREEDING HENRY BAYSAN PC

7 WORLD TRADE CENTER
250 GREENWICH ST 46TH FLOOR
NEW YORK, NY 10006
TEL.   +1 212.813.2292
breedinghenrybaysan.com

BRADLEY L. HENRY
DIRECT. +1 646-820-0224
FAX.   +1 212.779.4457
bhenry@bhblegal.com

**MEMORANDUM ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   6/16/20
```

June 16, 2020

VIA ECF

The Hon. Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:   *U.S. v Otoniel Rosario Burgos; 1:19-cr-306-(GHW)*
      *Request to Adjourn 60 days*

Dear Judge Woods,

I write to respectfully request a sixty (60) day adjournment to Mr. Rosario-Burgos' sentencing hearing currently scheduled for June 26, 2020. This is my third request for adjournment of sentencing.

As the Court is aware, Mr. Burgos is set to be sentenced on June 26, 2020, but because of the pandemic counsel has been unable to meet with Mr. Burgos. Additionally, Mr. Burgos would like to have his sentencing in person at the courthouse, but we believe it is unsafe to do so currently. Therefore, we ask for 60 days to determine if conditions improve such that sentencing can proceed in person.

I have spoken to AUSA Cecilia Vogel about our concerns and she consents to this request.

Thank you for your consideration. If you need any further information, please do not hesitate to contact me.

Sincerely,

*[signature]*

Bradley L. Henry

Application granted.  Mr. Burgos' sentencing is adjourned to August 26, 2020 at 3:00 p.m.  The defendant's sentencing submissions are due no later than August 12, 2020; the Government's sentencing submissions are due no later than August 19, 2020.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 85.
SO ORDERED
June 16, 2020   _____
                GREGORY H. WOODS
                United States District Judge