

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/2020
```

**BRADLEY L. HENRY**
bhenry@mrllp.com

New York Office
800 Third Avenue
24th Floor
New York, NY 10022
P 212.730.7700  F 212.730.7725  www.mrllp.com

October 21, 2020

<u>VIA ECF</u>                                                   **MEMORANDUM ENDORSED**

Hon. Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   <u>United States v. Otoniel Burgos, 19 Cr. 306 (GHW)</u>

Dear Judge Woods:

I write to respectfully request one, final short adjournment to the week of November 9, 2020 for the sentencing of Mr. Burgos' that is currently scheduled for October 30, 2020.  This is my third request for adjournment (the first two requests were due to COVID). AUSA Cecilia Vogel consents to the adjournment.

Mr. Burgos is prepared to move forward to sentencing.  My request is predicated on my travels for various other retained matters that have called for me to be outside the country all of next week for time-sensitive meetings and witness interviews.  Additionally, last week I experienced some family health issues that prevented my ability to complete the sentencing memorandum in this case.  As a result, based on my travel and the need for a short period of time to finalize the sentencing memorandum I am requesting this short extension.  Thus, counsel respectfully asks the Court to adjourn sentencing to a day that is convenient during the week of October 9, 2020. Thank you for considering this request.

Application granted.  The sentencing hearing scheduled for October 30, 2020 is adjourned to November 10, 2020, at 10:00 a.m.  Defendant's sentencing submissions are due no later than October 26, 2020; the Government's sentencing submissions are due no later than November 2, 2020.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 103.

SO ORDERED.

Dated: October 22, 2020                          _____
                                                 GREGORY H. WOODS
                                                 United States District Judge