

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/5/2020

**BRADLEY L. HENRY**

bhenry@mrllp.com

**New York Office**

800 Third Avenue

24th Floor

New York, NY 10022

**P** 212.730.7700 **F** 212.730.7725 www.mrllp.com

November 2, 2020

**VIA ECF**

**MEMORANDUM ENDORSED**

Hon. Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  <u>United States v. Otoniel Burgos, 19 Cr. 306 (GHW)</u>

Dear Judge Woods:

Counsel for the government has pointed out that because of Covid restrictions persons who travel internationally are not permitted in the courthouse until 14 days have passed since their return to the United States. This Court, based on my request, rescheduled the sentencing in this case to November 10, 2020. I was unaware at the time I filed the letter of the Covid restriction related to international travel. I returned to the country on the evening of October 30, 2020. Therefore, to comply with Covid restrictions, I would not be permitted to enter the courthouse until November 13 at the earliest. Therefore, I am requesting a brief adjournment to allow for my self-quarantine to end and for me to be able to enter the courthouse.

Thank you for considering this request.

Sincerely,

**MICHELMAN & ROBINSON, LLP**

Application granted. The sentencing hearing scheduled for November 10, 2020 is adjourned to November 19, 2020 at 10:00 a.m.

SO ORDERED.

Dated: November 5, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge