```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
UNITED STATES OF AMERICA, :
:
:
-v- :
: 1:19-cr-306-GHW
:
ONTONIEL ROSARIO BURGOS, :
: ORDER
:
Defendant. :
:
:
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On March 19, 2021, Otoniel Burgos submitted an application to the Court by email. The application requested that it be sealed. In its March 19, 2021 order in response to the application, the Court denied the defendant's request to file the document under seal in its entirety and directed that any request to file a redacted version be filed no later than March 26, 2021. The defendant has not filed a redacted version of the application in compliance with the Court's order. If a version of the order with targeted redactions is not filed by defendant by April 3, 2021, the Court expects to file the application on the docket with those redactions that it deems appropriate.

SO ORDERED.

Dated: April 1, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge