```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
  UNITED STATES OF AMERICA,                                   :
                                                              :
                          -v-                                 :
                                                              :    1:19-cr-306-GHW-2
  OTONIEL ROSARIO BURGOS,                                     :
                                                              :         ORDER
                                           Defendant.         :
                                                              :
                                                              :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/3/2022

GREGORY H. WOODS, United States District Judge:

The Court has received Defendant's motion to return seized property, Dkt. No. 147. The Government is directed to respond to the motion no later than May 31, 2022.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

The Clerk of Court is directed to mail a copy of this order to Defendant at:

Otoniel Rosario Burgos
Register Number: 86752-054
Allenwood Low
2 US-15
Allenwood, PA 17810

SO ORDERED.

Dated: May 3, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge