

**MEMORANDUM ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/25/2022

May 25, 2022

**BY ECF**

Honorable Gregory H. Woods
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  *United States v. Uillis Rosario Acosta*, No. 19 Cr. 306-3 (GHW)
     *United States v. Otoniel Rosario Burgos*, No. 19 Cr. 306-2 (GHW)

Dear Judge Woods:

The Government has inquired with Pretrial Services regarding the return of the passports of Uillis Rosario Acosta and Otoniel Rosario Burgos. Pretrial Services has informed the Government that it requires a Court order to authorize release of the passports. Accordingly, the Government respectfully requests that the Court authorize release of the passports.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Cecilia E. Vogel
Assistant United States Attorney
(212) 637-1084

cc: Uillis Rosario Acosta (by mail)
    Otoniel Rosario Burgos (by mail)

Application granted. The Pretrial Services office is authorized to release the passports of Mr. Acosta and Mr. Burgos to them or their representatives. The Court understands that the Government is returning the other property that is the subject of these defendants' applications for an order to return property to them. See Dkt. Nos. 145, 147, 149. The Court directs the Government to complete those efforts promptly.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 145 and 147 and to mail a copy of this order to Mr. Acosta and Mr. Burgos.

SO ORDERED.
Dated: May 25, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge